B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br><br>___Northern___ District of ___Illinois___ | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Kelco Metals, Inc | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):   36-3328342 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>c/o Matthew Keller, Registered Agent<br>1015 E State Parkway<br>Schaumburg, IL 60179 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br><br>Cook County                                                                  60179 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7     ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>(Check **one** box.)<br><br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | Nature of Business<br>(Check **one** box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
       or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

B5 (Official Form 5) (12/07) – Page 3          Name of Debtor _____

                                                Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ [signature] President | x /s/ [signature] 11/12/10 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Global Steel Corporation | Golan & Christie LLP |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Global Steel Corporation, 2500 Maryland Road, Suite-304, Willow Grove, PA 19090, Attention: Robert Letsky | Robert R. Benjamin<br>Golan & Christie LLP<br>70 W Madison St- Suite 1500<br>Chicago, IL 60602<br><br>Telephone No. (312) 696-1220 |
| x _____ | x _____ Date |
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Delaware Steel Co. of Pennsylvania | Golan & Christie LLP |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Delaware Steel Co of Pennsylvania, 535-102 Pennsylvania Ave, Fort Washington, PA 19034, Attention: | Robert R. Benjamin<br>Golan & Christie LLP<br>70 W Madison St- Suite 1500<br>Chicago, IL 60602<br><br>Telephone No. (312) 696-1220 |
| x _____ | x _____ Date |
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Allied Steel Industries, LP | Golan & Christie LLP |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Allied Steel Industries, 33 Rock Hill Road, Suite-100, Bala Cynwyd, PA 19004, Attention: | Robert R. Benjamin<br>Golan & Christie LLP<br>70 W Madison St- Suite 1500<br>Chicago, IL 60602<br><br>Telephone No. (312) 696-1220 |

| PETITIONING CREDITORS | | |
|---|---|---|
| Global Steel Corporation: 2500 Maryland Road, Suite-304 Willow Grove, PA 19090 | Nature of Claim<br>Breach of Contract | Amount of Claim<br>$47,719.00 |
| Delaware Steel Co of Pennsylvania: 535-102 Pennsylvania Ave Fort Washington, PA 19034 | Nature of Claim<br>Breach of Contract | Amount of Claim<br>$5,449.93 |
| Allied Steel Industries: 33 Rock Hill Road, Suite-100 Bala Cynwyd, PA 19004 | Nature of Claim<br>Breach of Contract | Amount of Claim<br>$16,457.85 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>CONT'D |

___2___ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 3

Name of Debtor _____

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                       Date |
| Global Steel Corporation | Golan & Christie LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Global Steel Corporation, 2500 Maryland Road, Suite-304, Willow Grove, PA 19090, Attention: Robert Letsky | Robert R. Benjamin, Golan & Christie LLP, 70 W Madison St- Suite 1500, Chicago, IL 60602 |
| | Telephone No. (312) 696-1220 |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                       Date |
| Delaware Steel Co. of Pennsylvania | Golan & Christie LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Delaware Steel Co of Pennsylvania, 535-102 Pennsylvania Ave, Fort Washington, PA 19034, Attention: | Robert R. Benjamin, Golan & Christie LLP, 70 W Madison St- Suite 1500, Chicago, IL 60602 |
| | Telephone No. (312) 696-1220 |

| x /s/ Allen Whitman -Pres.  11/10/10 | x /s/ RRB  11/17/10 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                       Date |
| Allied Steel Industries, LP | Golan & Christie LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Allied Steel Industries, 33 Rock Hill Road, Suite-100, Bala Cynwyd, PA 19004, Attention: Allen Whitman | Robert R. Benjamin, Golan & Christie LLP, 70 W Madison St- Suite 1500, Chicago, IL 60602 |
| | Telephone No. (312) 696-1220 |

### PETITIONING CREDITORS

| Name & Address | Nature of Claim | Amount of Claim |
|---|---|---|
| Global Steel Corporation: 2500 Maryland Road, Suite-304 Willow Grove, PA 19090 | Breach of Contract | $47,719.00 |
| Delaware Steel Co of Pennsylvania: 535-102 Pennsylvania Ave Fort Washington, PA 19034 | Breach of Contract | $5,449.93 |
| Allied Steel Industries: 33 Rock Hill Road, Suite-100 Bala Cynwyd, PA 19004 | Breach of Contract | $16,457.85 |
| | **Total Amount of Petitioners' Claims** | **CONT'D** |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

_2_ continuation sheets attached

Nov-08-2010 04:19pm  From-Golan & Christie     +312 263 0939     T-187  P.009/010  F-202

B5 (Official Form 5) (12/07) – Page 3           Name of Debtor _____

                                                Case No. _____

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney                  Date |
|---|---|
| Global Steel Corporation | Golan & Christie LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Global Steel Corporation, 2500 Maryland Road, Suite-304, Willow Grove, PA 19090, Attention: Robert Letsky | Robert R. Benjamin, Golan & Christie LLP, 70 W Madison St- Suite 1500, Chicago, IL 60602  Telephone No. (312) 696-1220 |

x /s/ [signature] President                                x /s/ [signature]   11/17/10
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date
Delaware Steel Co. of Pennsylvania   11/10/10              Golan & Christie LLP
Name of Petitioner          Date Signed                     Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity: Delaware Steel Co of Pennsylvania, 535-102 Pennsylvania Ave, Fort Washington, PA 19034, Attention: Jerald J Brownstein

Robert R. Benjamin, Golan & Christie LLP, 70 W Madison St- Suite 1500, Chicago, IL 60602
Telephone No. (312) 696-1220

x _____                                   x _____
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date
Allied Steel Industries, LP                                 Golan & Christie LLP
Name of Petitioner          Date Signed                     Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity: Allied Steel Industries, 33 Rock Hill Road, Suite-100, Bala Cynwyd, PA 19004, Attention:

Robert R. Benjamin, Golan & Christie LLP, 70 W Madison St- Suite 1500, Chicago, IL 60602
Telephone No. (312) 696-1220

### PETITIONING CREDITORS

| Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Global Steel Corporation: 2500 Maryland Road, Suite-304 Willow Grove, PA 19090 | Breach of Contract | $47,719.00 |
| Delaware Steel Co of Pennsylvania: 535-102 Pennsylvania Ave Fort Washington, PA 19034 | Breach of Contract | $5,449.93 |
| Allied Steel Industries: 33 Rock Hill Road, Suite-100 Bala Cynwyd, PA 19004 | Breach of Contract | $16,457.85 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims  **CONT'D**

_2_ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 4

Name of Debtor _____

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| x /s/ [signature] PRESIDENT | x /s/ [signature] | 11/12/10 |
| Expert Metal Services, Inc. | | |
| Name of Petitioner          Date Signed 11/15/10 | Golan & Christie LLP |
| | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Expert Metal Services, Inc. 3655 Route 22, Suite-125 Doylestown, Pennsylvania 18901 Attention: RICHARD J. SHAFFER | Robert R. Benjamin Golan & Christie LLP 70 W Madison St- Suite 1500 Chicago, IL 60602 Telephone No. (312) 696-1220 |

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| x _____ | x _____ | |
| Impact Steel, Inc. | Golan & Christie LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Impact Steel, Inc. 1551 Academy Ferndale, MI 48220 Attention: Jerry Feldman | Robert R. Benjamin Golan & Christie LLP 70 W Madison St- Suite 1500 Chicago, IL 60602 Telephone No. (312) 696-1220 |

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| x _____ | x _____ | |
| | Golan & Christie LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Target Steel, Inc. 24601 Vreeland Flat Rock, MI 48134 Attention: | Robert R. Benjamin Golan & Christie LLP 70 W Madison St- Suite 1500 Chicago, IL 60602 Telephone No. (312) 696-1220 |

## PETITIONING CREDITORS

| | Nature of Claim | Amount of Claim |
|---|---|---|
| Expert Metal Services, Inc.: 3655 Route 22, Suite-125 Doylestown, Pennsylvania 18901 | Breach of Contract | $11,048.05 |
| Impact Steel, Inc.: 1551 Academy Ferndale, MI 48220 | Breach of Contract | $10,296.76 |
| Target Steel, Inc.: 24601 Vreeland Flat Rock, MI 48134 | Breach of Contract | $65,317.62 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | $354,888.09 |

___2___ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 4

Name of Debtor _____

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____
Signature of Petitioner or Representative (State title)
Expert Metal Services, Inc.
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Expert Metal Services, Inc.
3655 Route 22, Suite-125
Doylestown, Pennsylvania 18901
Attention:

x_____   Date
Signature of Attorney
Golan & Christie LLP
Name of Attorney Firm (If any)
Robert R. Benjamin
Golan & Christie LLP
70 W Madison St- Suite 1500
Chicago, IL 60602
Telephone No. (312) 696-1220

x_____
Signature of Petitioner or Representative (State title)
Impact Steel, Inc.
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Impact Steel, Inc.
1551 Academy
Ferndale, MI 48220
Attention: Jerry Feldman

x_____   Date
Signature of Attorney
Golan & Christie LLP
Name of Attorney Firm (If any)
Robert R. Benjamin
Golan & Christie LLP
70 W Madison St- Suite 1500
Chicago, IL 60602
Telephone No. (312) 696-1220

x_____
Signature of Petitioner or Representative (State title)
Valentino Simone   11-17-10
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Target Steel, Inc.
24601 Vreeland
Flat Rock, MI 48134
Attention: Valentino Simone

x_____   11/17/10
Signature of Attorney                    Date
Golan & Christie LLP
Name of Attorney Firm (If any)
Robert R. Benjamin
Golan & Christie LLP
70 W Madison St- Suite 1500
Chicago, IL 60602
Telephone No. (312) 696-1220

| PETITIONING CREDITORS | | |
|---|---|---|
| Expert Metal Services, Inc.: 3655 Route 22, Suite-125 Doylestown, Pennsylvania 18901 | Nature of Claim<br>Breach of Contract | Amount of Claim<br>$11,048.05 |
| Impact Steel, Inc.: 1551 Academy Ferndale, MI 48220 | Nature of Claim<br>Breach of Contract | Amount of Claim<br>$10,296.76 |
| Target Steel, Inc.: 24601 Vreeland Flat Rock, MI 48134 | Nature of Claim<br>Breach of Contract | Amount of Claim<br>$65,317.62 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $354,888.09 |

2 continuation sheets attached

B5 (Official Form 5) (12/07) – Page 4

Name of Debtor _____

Case No. _____

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _____ Signature of Petitioner or Representative (State title) Expert Metal Services, Inc. Name of Petitioner                     Date Signed Name & Mailing Address of Individual Signing in Representative Capacity: Expert Metal Services, Inc. 3655 Route 22, Suite-125 Doylestown, Pennsylvania 18901 Attention: | x _____ Signature of Attorney                 Date Golan & Christie LLP Name of Attorney Firm (If any) Robert R. Benjamin Golan & Christie LLP 70 W Madison St- Suite 1500 Chicago, IL 60602 Telephone No. (312) 696-1220 |
|---|---|
| x /s/ [signature]  Chief Financial Officer Signature of Petitioner or Representative (State title) Impact Steel, Inc.            11/15/10 Name of Petitioner  Anthony F. Catania   Date Signed Name & Mailing Address of Individual Signing in Representative Capacity: Impact Steel, Inc. 1551 Academy Ferndale, MI 48220  Anthony F. Attention: ~~Jerry Feldman~~ Catania | x /s/ [signature]                  11/17/10 Signature of Attorney                 Date Golan & Christie LLP Name of Attorney Firm (If any) Robert R. Benjamin Golan & Christie LLP 70 W Madison St- Suite 1500 Chicago, IL 60602 Telephone No. (312) 696-1220 |
| x _____ Signature of Petitioner or Representative (State title) Name of Petitioner                     Date Signed Name & Mailing Address of Individual Signing in Representative Capacity: Target Steel, Inc. 24601 Vreeland Flat Rock, MI 48134 Attention: | x _____ Signature of Attorney                 Date Golan & Christie LLP Name of Attorney Firm (If any) Robert R. Benjamin Golan & Christie LLP 70 W Madison St- Suite 1500 Chicago, IL 60602 Telephone No. (312) 696-1220 |

**PETITIONING CREDITORS**

| Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Expert Metal Services, Inc.: 3655 Route 22, Suite-125 Doylestown, Pennsylvania 18901 | Breach of Contract | $11,048.05 |
| Impact Steel, Inc.: 1551 Academy Ferndale, MI 48220 | Breach of Contract | $10,296.76 |
| Target Steel, Inc.: 24601 Vreeland Flat Rock, MI 48134 | Breach of Contract | $65,317.62 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims $354,888.09

___2___ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor _____

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Petitioner | Attorney |
|---|---|
| x [redacted signature]<br>Signature of Petitioner or Representative (State title)<br><br>Name of Petitioner: [redacted]   Date Signed: [redacted]<br><br>Name & Mailing Address of Individual Signing in Representative Capacity: [redacted]<br>Attention: | x _____ Date<br>Signature of Attorney<br>Golan & Christie LLP<br>Name of Attorney Firm (If any)<br><br>Robert R. Benjamin<br>Golan & Christie LLP<br>70 W Madison St, Suite-1500<br>Chicago, IL 60602<br><br>Telephone No. (312) 696-1220 |
| x /s/ J. McDonald PRESIDENT<br>Signature of Petitioner or Representative (State title)<br><br>Name of Petitioner: JAMES J. McDONALD   Date Signed: 11/9/10<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>BCC Steel, Inc.<br>930 W 175 Street, Suite-3W<br>Homewood, IL 60430<br>Attention: Jim McDonald | x /s/ RRB   11/12/10<br>Signature of Attorney   Date<br>Golan & Christie LLP<br>Name of Attorney Firm (If any)<br><br>Robert R. Benjamin<br>Golan & Christie LLP<br>70 W Madison St, Suite-1500<br>Chicago, IL 60602<br><br>Telephone No. (312) 696-1220 |
| x _____<br>Signature of Petitioner or Representative (State title)<br><br>Name of Petitioner: _____   Date Signed: _____<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Wolverine Steel, Inc.<br>7555 Airport Hwy, Suite B<br>Holland, Ohio 43528<br>Attention: Gregory Meyers | x _____ Date<br>Signature of Attorney<br>Golan & Christie LLP<br>Name of Attorney Firm (If any)<br><br>Robert R. Benjamin<br>Golan & Christie LLP<br>70 W Madison St, Suite-1500<br>Chicago, IL 60602<br><br>Telephone No. (312) 696-1220 |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| [redacted] | [redacted] Breach of Contract | [redacted] |
| BCC Steel, Inc.: 930 W 175 Street, Suite-3W Homewood, IL 60430 | Breach of Contract | $128,081.87 |
| Wolverine Steel, Inc.: 7555 Airport Hwy, Suite B Holland, Ohio 43528 | Breach of Contract | $44,573.01 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims CONT'D |

_2_ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor _____

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
|---|---|
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any): Golan & Christie LLP |
| Name & Mailing Address of Individual Signing In Representative Capacity — Attention: | Robert R. Benjamin<br>Golan & Christie LLP<br>70 W Madison St, Suite-1500<br>Chicago, IL 60602<br>Telephone No. (312) 696-1220 |

| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
|---|---|
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any): Golan & Christie LLP |
| Name & Mailing Address: BCC Steel, Inc.<br>930 W 175 Street, Suite-3W<br>Homewood, IL 60430<br>Attention: Jim McDonald | Robert R. Benjamin<br>Golan & Christie LLP<br>70 W Madison St, Suite-1500<br>Chicago, IL 60602<br>Telephone No. (312) 696-1220 |

| Signature of Petitioner or Representative (State title): WOLVERINE STEEL, INC. — 11-10-10 | Signature of Attorney — 11/17/10 |
|---|---|
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any): Golan & Christie LLP |
| Name & Mailing Address: Wolverine Steel, Inc.<br>7555 Airport Hwy, Suite B<br>Holland, Ohio 43528<br>Attention: Gregory Moyers | Robert R. Benjamin<br>Golan & Christie LLP<br>70 W Madison St, Suite-1500<br>Chicago, IL 60602<br>Telephone No. (312) 696-1220 |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| [redacted] | Breach of Contract | [redacted] |
| BCC Steel, Inc.: 930 W 175 Street, Suite-3W Homewood, IL 60430 | Breach of Contract | $128,081.87 |
| Wolverine Steel, Inc.: 7555 Airport Hwy, Suite B Holland, Ohio 43528 | Breach of Contract | $44,573.01 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims CONT'D |

_2_ continuation sheets attached