UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §   Case No. 10-51428
        §
Kelco Metals, Inc.  §
        §
        §
        §
    Debtor(s)  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 02/25/2015, in Courtroom 613, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/02/2015          By:  /s/ Horace Fox, Jr.
                                            Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 10-51428
§
Kelco Metals, Inc. §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $147,098.01 |
| *and approved disbursements of* | $43,363.20 |
| *leaving a balance on hand of[1]:* | $103,734.81 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $103,734.81 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Bruce de 'Medici, Attorney for Trustee Expenses | $36,775.00 | $30,080.00 | $6,695.00 |
| Popowcer Katten LLP, Lois West, Accountant for Trustee Fees | $1,690.00 | $0.00 | $1,690.00 |
| Clerk, US Bankruptcy Court, Clerk of the Court Costs | $5,567.00 | $0.00 | $5,567.00 |
| Other: Robert R. Benjamin, Other Chapter 7 Administrative Expenses | $2,224.00 | $0.00 | $2,224.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $16,176.00 |
| Remaining balance: | $87,558.81 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $87,558.81 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $21,010.92 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 37 | Cook County Collector | $1,442.85 | $0.00 | $1,442.85 |
| 69 | Ohio Department of Taxation | $153.34 | $0.00 | $153.34 |
| 70 | Mississippi Department of Revenue | $1,061.06 | $0.00 | $1,061.06 |
| 71 | Internal Revenue Service | $17,163.69 | $0.00 | $17,163.69 |
| 72 | Mississippi Department of Revenue | $1,189.98 | $0.00 | $1,189.98 |

| | |
|---|---:|
| Total to be paid to priority claims: | $21,010.92 |
| Remaining balance: | $66,547.89 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,313,133.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | I M Steel, Inc. | $12,389.00 | $0.00 | $158.35 |
| 2 | Allied Steel Industries, LP | $16,457.85 | $0.00 | $210.37 |
| 3 | Target Steel, Inc. | $70,572.87 | $0.00 | $902.09 |
| 4 | Oak Steel Supply | $1,675.34 | $0.00 | $21.41 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 5 | Tomson Steel Co. | $18,420.00 | $0.00 | $235.45 |
| 6 | Commerce Steel | $20,088.30 | $0.00 | $256.78 |
| 7 | Target Steel Inc. | $0.00 | $0.00 | $0.00 |
| 8 | Norsemen Trucking Inc. | $1,250.00 | $0.00 | $15.98 |
| 9 | PI & I Motor Express | $998.05 | $0.00 | $12.76 |
| 10 | Wolverine Steel, Inc. | $44,573.01 | $0.00 | $569.75 |
| 11 | Modular Transportation | $1,405.99 | $0.00 | $17.97 |
| 12 | Chemcoater, Inc. | $2,760.13 | $0.00 | $35.28 |
| 13 | E.J.A. Trucking Inc. | $5,750.00 | $0.00 | $73.50 |
| 14 | Jaro Transport | $1,100.00 | $0.00 | $14.06 |
| 15 | UTI Transport | $15,550.00 | $0.00 | $198.77 |
| 16 | N.K. Steel L.L.C. | $88,819.05 | $0.00 | $1,135.32 |
| 17 | Wolf & Company LLP | $12,899.30 | $0.00 | $164.88 |
| 18 | Brock Transportation | $37,918.52 | $0.00 | $484.69 |
| 19 | JB Hunt Transport | $1,175.00 | $0.00 | $15.02 |
| 20 | Echo Global Logistics | $1,800.00 | $0.00 | $23.01 |
| 21 | Peterson Transportation | $1,300.00 | $0.00 | $16.62 |
| 22 | Colorado Metals | $16,571.70 | $0.00 | $211.83 |
| 23 | X LINX Inc | $900.00 | $0.00 | $11.50 |
| 24 | Dublin Metal Corp. | $11,082.30 | $0.00 | $141.66 |
| 25 | X-Trux Inc | $2,775.00 | $0.00 | $35.47 |
| 26 | Capp Steel | $10,166.00 | $0.00 | $129.95 |
| 27 | Keep on Trucking Co. | $1,468.00 | $0.00 | $18.76 |
| 28 | Main Steel Polishing | $2,433.42 | $0.00 | $31.10 |
| 29 | Global Steel Corporation | $47,719.00 | $0.00 | $609.96 |
| 30 | Wolf Capital, LLC | $40,000.00 | $0.00 | $511.29 |
| 31 | CSN, LLC | $83,542.71 | $0.00 | $1,067.87 |
| 32 | Kenwal Steet | $34,368.05 | $0.00 | $439.30 |
| 33 | Expert Metal Services, Inc. | $11,048.05 | $0.00 | $141.22 |
| 34 | Rediehs Freightlines | $2,220.59 | $0.00 | $28.38 |
| 35 | Shanks (Seven Oaks Capital) | $11,152.92 | $0.00 | $142.56 |
| 36 | Advance Steel Co | $48,792.89 | $0.00 | $623.69 |
| 38 | American Transport, Inc. | $17,050.00 | $0.00 | $217.94 |
| 39 | K & L Trucking Inc. | $47,573.16 | $0.00 | $608.10 |
| 40 | J.L. Shandy Transportation | $5,607.35 | $0.00 | $71.68 |
| 42 | Mizar Motors | $780.65 | $0.00 | $9.98 |
| 43 | Kaplan Trucking | $18,408.03 | $0.00 | $235.30 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 44 | Electric Coating Tech | $2,466.00 | $0.00 | $31.52 |
| 45 | American Express Bank, FSB | $0.00 | $0.00 | $0.00 |
| 45A | American Express Bank, FSB | $24,615.62 | $0.00 | $314.65 |
| 46 | Dedicated Logistical Services | $132,026.00 | $0.00 | $1,687.60 |
| 47 | M.D. Metals, Inc | $44,973.92 | $0.00 | $574.87 |
| 48 | AT&T Services Inc. | $285.82 | $0.00 | $3.65 |
| 49 | CRST Malone Inc | $80,294.58 | $0.00 | $1,026.35 |
| 50 | CRST Malone Inc | $3,800.00 | $0.00 | $48.57 |
| 51 | National Metals, Inc. | $25,944.00 | $0.00 | $331.63 |
| 52 | C.H. Robinson | $15,925.00 | $0.00 | $203.56 |
| 53 | Mississippi Department of Revenue | $934.95 | $0.00 | $11.95 |
| 54 | Financial Credit Network | $0.00 | $0.00 | $0.00 |
| 55 | &#037; AT&T Services Inc. | $405.83 | $0.00 | $5.19 |
| 56 | National Material co | $8,214.87 | $0.00 | $105.01 |
| 57 | Paragon Steel | $94,254.33 | $0.00 | $1,204.79 |
| 58 | Tri Union Express Inc. | $214.45 | $0.00 | $2.74 |
| 59 | James T. Wirth | $2,638,891.38 | $0.00 | $33,731.22 |
| 60 | Matthew J. Keller | $1,291,750.63 | $0.00 | $16,511.60 |
| 61 | North Star Bluescope Steel LLC | $1,106,898.84 | $0.00 | $0.00 |
| 62 | Compass Consolidators, Inc. | $70,675.00 | $0.00 | $903.39 |

Total to be paid to timely general unsecured claims: $66,547.89
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $296,589.72 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 63 | M. Range Inc. | $5,138.89 | $0.00 | $0.00 |
| 64 | Matandy Steel & Metal Prod. | $46,212.08 | $0.00 | $0.00 |
| 65 | Dennen Steel | $26,607.58 | $0.00 | $0.00 |
| 66 | Chicago Steel | $169,065.88 | $0.00 | $0.00 |
| 67 | Lexington Steel Corp. | $12,826.96 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 68 | Great Lakes Coil LLC | $22,186.96 | $0.00 | $0.00 |
| 69a | Ohio Department of Taxation | $64.89 | $0.00 | $0.00 |
| 70a | Mississippi Department of Revenue | $186.69 | $0.00 | $0.00 |
| 71a | Internal Revenue Service | $11,255.29 | $0.00 | $0.00 |
| 72a | Mississippi Department of Revenue | $100.00 | $0.00 | $0.00 |
| 73 | Illinois Department of Revenue | $2,944.50 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:   $0.00
Remaining balance:   $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:   $0.00
Remaining balance:   $0.00

Prepared By:  /s/ Horace Fox, Jr.
              Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-51428-TAB
Kelco Metals, Inc.                                                      Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: acox               Page 1 of 5              Date Rcvd: Feb 03, 2015
                               Form ID: pdf006          Total Noticed: 181

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2015.
db         +Kelco Metals, Inc.,    c/o Matthew Keller, Registered Agent,    1015 E State Parkway,
             Schaumburg, il 60179-0001
16665646    ADT Security Services,    P.O. Box 371967,    Pittsburgh, PA 15250-7967
16665648    AFLAC,    1932 Wynnton Road,    Columbus, GA 31999-0797
16665653    ARC Disposal & Recycling,    PO Box 9001154,   Louisville, KY 40290-1154
16665647   +Advance Steel Co,    16250 Northland Drive,   Suite 325,   Southfield, MI 48075-5219
16665649   +Alexis Transit Systems, Inc.,    P.O. Box 6660,   Toledo, OH 43612-0660
16665650   +Allied Steel Industries,    33 Rock Hill Road, Suite-100,    Bala Cynwyd, PA 19004-2047
16566133   +Allied Steel Industries, LP,    Coface North America Insurance Company,
             50 Millstone Rd., Bldg. 100, Ste. 360,   East Windsor, NJ 08520-1415
16665651    American Express Bank FSB,    P.O. Box 3001,   Malvern, PA 19355-0701
16869347    American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16665652    American Transport, Inc.,    100 Industry Drive,   Pittsburgh, PA 15275-1014
16665654   +Arcelormittal USA,    24050 Network Place,   Chicago, IL 60673-1240
17120024   +BCC Steel Inc,    c/o Lawrence Kamin Saunders & Uhlenhop L,    Atten John F Mahoney,
             300 SOuth Wacker Drive, Suite 500,   Chicago, IL 60606-6758
16665659   +BCC Steel, Inc.,    930 W 175 Street, Suite-3W,   Attn: Jim McDonald,    Homewood, IL 60430-1950
16665660   +Bear Transporation,    5430 Legacy Drive,   Plano, TX 75024-3105
16665661   +Bowling Transportation,    1827 Sandusky Street,   Fostoria, OH 44830-2754
16665662   +Bright N Clean,    118 Sunrise,   Willowbrook, IL 60527-6158
16665663   +Brock Transportation,    4374 Contractors Common, Suite A,    Livermore, CA 94551-7544
16665664    Buchanan Marquette Trans,    NW 7939,   P.O. Box 1450,   Minneapolis, MN 55485-7939
16665665   +C.H. Robinson,    14701 Charlson Road,   Eden Prairie, MN 55347-5076
17119366   +CH Robinson,    1200 Internationale PWY,   Suite 150,   Woodridge IL 60517-5126
16973931   +CH Robinson Worldwide Inc,    14701 Charlson Road,   Eden Praire, MN 55347-5076
17119364   +CRST International,    POB 71573,   Chicago, IL 60694-1573
16665675   +CRST Malone Inc,    POB 68,   Cedar Rapids, IA 52406-0068
16757171   +CSN, LLC,    c/o Katherine N. Welch Rarick,   Bose McKinney & Evans LLP,
             111 Monument Circle, Suite 2700,   indianapolis, Indiana 46204-5120
16665666   +Capp Steel,    1830 River Inn Lane,   Charlottesville, VA 22901-6217
16665667   +Chemcoater, Inc.,    700 Chase Street,   Gary, IN 46404-1274
16665668   +Chicago Steel,    700 Chase,   Suite 100,   Gary, IN 46404-1274
16665670   +Colorado Metals,    309 E. Sharon Road,   Cincinnati, OH 45246-4644
16705120   +Commerce Steel,    Coface North America Insurance Company,
             50 Millstone Rd., Bldg. 100, Ste. 360,   East Windsor, NJ 08520-1415
16665671    Commerce Steel Corp.,    P.O. Box 905,   Union Lake, MI 48387-0905
16665672   +Compass Consolidators, Inc.,    47 Stephen Street,   Lemont, IL 60439-3632
16665673   +Continental Transportation,    Slot 302185,   P.O. Box 66973,    Chicago, IL 60666-0973
16665674    Cook County Collector,    PO Box 641547,   Chicago, IL 60664-1547
16665680   ++DIRECTV LLC,    ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
            (address filed with court: Direct TV,    P.O. Box 9001069,   Louisville, KY 40290)
16665676   +Dedicated Logistical Services,    P.O. Box 1750,   Collierville, TN 38027-1750
16665677    Delaware Steel Co of Pennsylva,    35-102 Pennsylvania Avenue,    Attn: Jerald J. Brownstein,
             Fort Washington, PA 19034
16665678    Dennen Steel,    3033 Fruitridge NW,   P.O. Box 3200,   Grand Rapids, MI 49501-3200
16665681   +Dockside Steel Processing,    11828 S. Stoney Island Ave,   Chicago, IL 60617-7240
16665682   +Dublin Metal Corp.,    P.O. Box 465,   Dublin, OH 43017-0465
16665683   +E.J.A. Trucking Inc.,    6040 Baumgartner Ind. Dr.,   Saint Louis, MO 63129-2915
16665685   +Electric Coating Tech,    4407 Railroad Avenue,   East Chicago, IN 46312-2654
16665686   +Emesco Marine Services,    12100 Stoney Island Avenue,   Chicago, IL 60633-2499
16665687   #+Enmark Systems, Inc,    75 Aprill Drive,   Ann Arbor, MI 48103-1901
16665688    Expert Metal Services, Inc.,    3655 Route 22, Suite-125,   Attn: Richard T. Shaffer,
             Doylestown, PA 18901
16665689   +Federal Express,    P.O. Box 94515,   Palatine, IL 60094-4515
16665690   +Ferrousouth,    38 CR 370,   Iuka, MS 38852-7076
17008939   +Financial Credit Network,    POB 3004,   Visalia, CA 93278-3004
16665691    Fleet Movers Inc.,    P.O. Box 78189,   Nashville, TN 37207-8189
16665692   +Four Starr Steel Sales LLC,    6689 Orchard Lake road #338,    West Bloomfield, MI 48322-3404
16665693    Friends Business Source,    P.O. Box 343,   Ottawa, OH 45875-0343
16665694   +Fulton County Processing,    7800 State Route 109,   P.O. Box 67,    Delta, OH 43515-0067
16665695   +Global Com Inc.,    200 E. Randolph Street, Suite,   Chicago, IL 60601-6436
16665696   +Global Steel Corporation,    2500 Maryland Road, Suite-304,    Attn: Robert Letsky,
             Willow Grove, PA 19090-1224
16665699   +Great Lakes Coil LLC,    29 S. Monroe St. Suite 201,   Monroe, MI 48161-2144
16665700   +Guardian Life,    PO Box 95101,   Chicago, IL 60694-5101
16665701    Handy Enterprises, Inc.,    9299 Copper Road,   Warrens, WI 54666
16566076   +I M Steel, Inc.,    Coface North America Insurance Company,
             50 Millstone Rd., Bldg. 100, Ste. 360,   East Windsor, NJ 08520-1415
16665705   +IM Steel Inc.,    1685 N. RT. 50,   Bourbonnais, IL 60914-9303
22733117    Illinois Department of Revenue,    Bankruptcy Section,   P.O. Box 64338,
             Chicago, Illinois 60664-0338
16665706   +Impact Steel, Inc.,    1551 Academy,   Attn: Jeremy Feldman,    Ferndale, MI 48220-2001
16665707   +Inverness Club,    4601 Dorr Street,   Toledo, OH 43615-4099
16665708    J.B. Hunt Transport,    P.O. Box 98545,   Chicago, IL 60693-8546

```
District/off: 0752-1           User: acox                  Page 2 of 5                   Date Rcvd: Feb 03, 2015
                               Form ID: pdf006             Total Noticed: 181

16665709       +J.B. Lee Transportation,    P.O. Box 190,    Saint John, IN 46373-0190
16665710       +J.L. Shandy Transportation,    P.O. Box 190,    Saint John, IN 46373-0190
16728604       +JB Hunt Transport,    615 JB Hunt Corporate Drive,    Lowell, AR 72745-9143
16665715       +JM Steel Corp.,    1050 N. Steel Circle,    Huger, SC 29450-9388
16665711        James L. Rogers,    One Seagate, 24th Floor,    P.O. Box 10032,    Toledo, OH  43699-0032
16665712       +James T. Wirth,    924 Park Place Drive,    Palatine, IL 60067-6962
16665714        Jefferson Pilot Fin Ins,    PO Box 0621,    Carol Stream, IL  60132-0821
16665716       +K & L Trucking Inc.,    490 W. Main Street,    Delta, OH 43515-9490
16665720       +KFS Inc.,    P.O. Box 612584,    Dallas, TX 75261-2584
16665721       +KIEH CO.,    P.O. Box 1062,    La Grange Park, IL 60526-9162
16665717       +Kaplan Trucking,    6600 Bessemer Ave,    Cleveland, OH 44127-1897
17119365       +Katherine N Welch Rarick,    Bose Mckinney & Evans LLP,    111 Monumet Circle Ste 270,
                 Indianapolis, IN 46204-5120
16665718       +Keep on Trucking Co.,    P.O. Box 51128,    Los Angeles, CA 90051-5428
16665719       +Kenwal Steel,    307 Tech Drive,    Chesterton, IN 46304-8843
16665722       +Kinder Morgan Arrow Terminal,    12600 South Stoney Island,    Chicago, IL 60633-2407
16665723        Konicq Minolta Bus Solutions,    Dept CH 19188,    Palatine, IL  60055-9188
16665724       +Land Trust 131184,    1015 East State Parkway,    Schaumburg, IL 60173-4594
16665725       +Lexington Steel Corp.,    1998 Reliable Parkway,    Chicago, IL 60686-0019
16665726       +Logistics Dynamics,    1140 Wehrle Drive,    Buffalo, NY 14221-7748
16665727       +M. Range Inc.,    2850 Jewel Lane N.,    Minneapolis, MN 55447-1740
16665728       +M.D. Metals, Inc,    6499 W. 65th Street, Unit B,    Chicago, IL 60638-5118
16665729        Magic Steel,    908 Maero St. NW,    Decatur, AL  35603
16665731       +Mainline Metals, Inc.,    21 Bala Ave,    Bala Cynwyd, PA 19004-3203
16665732       +Majac Inc.,    425 W. 151st Ave,    East Chicago, IN 46312-3855
16665733       +Marathon Metals, LLC,    6440 Mack Ave,    Detroit, MI 48207-2305
16665735       +Material Sciences Corp.,    24400 Network Place,    Chicago, IL 60673-1244
17131897       +Matthew J. Keller,    200 River Landing Drive,    Unit 202H,    Daniel Island, SC 29492-8363
16665736       +Matthew J. Keller,    843 Dunham Street,    Charleston, SC 29492-7591
16665737       +Metal Processing Corp.,    201 Mississippi St,    Gary, IN 46402-1546
16665738       +Mizar Motors,    6180 American Road East,    Toledo, OH 43612-3958
16665739       +Modular Transportation,    P.O. Box 9465,    Wyoming, MI 49509-0465
16665740       +Moore Brothers,    P.O. Box 1381,    Norfolk, NE 68702-1381
16665741       +Mountain Hawk,    106 Berwick Drive,    Pittsburgh, PA 15215-1102
16665742       +N.K. Steel L.L.C.,    31731 Northwestern Highway,    Ste. 157W,    Farmington, MI 48334-1662
16665743       +National Galvanizing L.P.,    1500 Telb Road,    Monroe, MI 48162-2572
16665744       +National Material Detroit,    1505 Dixie Drive,    Suite 2,    Monroe, MI 48162-2598
17025032       +National Material co,    Atten: Kevin Kotnour,    1965 Pratt Blvd,
                 Elk Grove Village, IL 60007-5905
16665745       +National Metals, Inc.,    720 Montgomery Ave,    Narberth, PA 19072-2035
16665746       +Norsemen Trucking Inc.,    106 East Main Street,    Lake Mills, IA 50450-1441
20823786       +North Star BlueScope Steel, LLC,    c/o Patrick F. Ross,    Ungaretti & Harris LLP,
                 70 West Madison Street, Suite 3500,    Chicago, IL 60602-4283
16695453        North Star Bluescope Steel LLC,    16258 Collections Center Dr,    Chicago, IL 60693-0148
16665747        North Star Bluescope Steel LLC,    One SeaGate, 24th Floor,,    P.O. Box 10032,,
                 Toledo, Ohio 43699-0032
16665748       +Northern Steel Transport,    P.O. Box 6996,    6041 Benore,    Toledo, OH 43612-3964
16665749       +Nucor Steel Decatur, LLC,    4301 Iverson Road,    Trinity, AL 35673-6635
17970011       +Ohio Department of Taxation,    Bankruptcy Division,    P.O. Box 530,    Columbus, OH 43216-0530
16665751        Ohio Kentucky Steel Corp.,    20001Commerce Center Dr.,    Franklin, OH  45005
16665752       +Orchid Monroe LLC,    350 21st. St,    Monroe, WI 53566-2739
16665753        Otay Logistics Inc.,    2675 Customhouse Plaza Court,    Suite K,L,M,    San Diego, CA  92154
16665757       +PI & I Motor Express,    P.O. Box 685,    Sharon, PA 16146-0685
16665754       +Paragon Steel,    4211 Country Road 61,    Butler, IN 46721-9557
17031837        Paragon Steel Enterprises LLC,    Burt Blee Dixon Sutton & Bloom LLP,    POB 10810,
                 Fort Wayne, IN 46854-0810
16665755       +Perfect Temperature Control,    74 Bradrock Drive,    Des Plaines, IL 60018-1938
16665756       +Peterson Transportation,    1950 Tabor Ave.,    Manson, IA 50563-7555
16665758        Pinnacle Steel Processing,    7900 State Route 109,    Middletown, OH
16665759       +Precision Strip Inc.,    4400 Oxford State Road,    Middletown, OH 45044-8914
16665761       +Pro Trucking,    77917 209th St.,    Albert Lea, MN 56007-5629
16665762        Quill Corp.,    P.O. Box 37600,    Philadelphia, PA 19101-0600
16665765       +RLB Leasing Inc.,    113 W. Fullerton Ave,    Addison, IL 60101-3713
16665772       +RR Donnelley,    P.O. Box 13654,    Newark, NJ 07188-3654
17119363       +Ralph Golden Esq,    6389 Quail HOllow,    Suite 201,    Memphis, TN 38120-1427
16665763        Raytrans,    Dept. CH 19358,    Palatine, IL  60055-9358
16665764       +Rediehs Freightlines,    1201 Marine View St.,    Portage, IN 46368-1297
16665698       +Robert J. Benjamin,    Three First Natl Plaza,    70 W. Madison St, Ste 1500,
                 Chicago, IL 60602-4265
16665766       +Robert R. Benjamin,    Golan & Christie LLP,    70 West Madison St-Ste 1500,
                 Chicago, IL 60602-4265
16665768       +Robert R. Benjamin,    Golan & Christie LLP,    70 West Madison, Suite 1500,
                 Chicago, IL 60602-4265
16665697       +Robert R. Benjamin,    Three First Natl Plaza,    70 West Madison St. Ste. 4800,
                 Chicago, IL 60602-4498
21494761        Robert R. Benjamin, Golan & Christie LLP,    70 W. Madison Street, Suite 1500,
                 Chicago, IL 60602-4265
16665769        Roehl Transport,    22733 Network Place,    Chicago, IL  60673-1227
16665771       +Romar Transportation,    P.O. Box 388066,    Chicago, IL 60638-8066
16665773       +Senn Freight Lines,    P.O. Box 1191,    Newberry, SC 29108-1191
```

```
District/off: 0752-1            User: acox                  Page 3 of 5                  Date Rcvd: Feb 03, 2015
                                Form ID: pdf006             Total Noticed: 181


16665774       +Shanks (Seven Oaks Capital),    1751 Stoney Brook Lane,    Temperance, MI 48182-9491
16665775       +Specialized Material Trans.,    2353 Little Country Road,    Parrish, FL 34219-9250
16665777        Staples Advantage,    PO Box 60694-5708,    Chicago, IL 60694-5708
16665779       +Stock Transport,    10037 Faust Road,    Lebanon, IL 62254-2819
16665780       +TA Express,    P.O Box 3965,    Joliet, IL 60434-3965
16665783       +TMT,    P.O. Box 1000,    Madisonville, KY 42431-5006
16665787       +TY-Dan Transportation,    9505 HWY 81,    Phil Campbell, AL 35581-5253
16665781        Tandem Trans.,    NW7939 P.O. Box 1450,    Minneapolis, MN 55485-7939
16705231       +Target Steel Inc.,    Coface North America Insurance Company,
                 50 Millstone Rd., Bldg. 100, Ste. 360,    East Windsor, NJ 08520-1415
16665782        Target Steel, Inc.,    24601 Vrcoland,    Flat Rock, MI 48134
16585185       +Target Steel, Inc.,    24601 Vreeland,    Flat Rock, MI 48134-1810
16665786       +Tri Union Express Inc.,    1939 N. Lafayette Court,    Griffith, IN 46319-1037
16665788       +UTI Transport,    P.O. Box 1767,    Medford, OR 97501-0260
17119367        Verizon Wireless,    POB 660108,    Dallas TX 75266-0108
16665789        Verizon Wireless,    P.O. Box 660108,    Sanger, TX 76266-0108
16665790       +Voss Clark,    701 Loop Road,    Jeffersonville, IN 47130-8428
16665791       +Watkins Brothers, Inc.,    316 Eddie Walker Road,    Milan, GA 31060-3428
16665792       +Wheeling Service Supply,    P.O. Box 189,    15920 Nelson Road,    Woodstock, IL 60098-9526
16665793       +Windstream,    1720 Galleria Blvd,    Charlotte, NC 28270-2408
16665794       +Wolf & Company LLP,    1901 S Meyers Road,    Oakbrook Terrace, IL 60181-5243
16987704       +Wolf Capital LLC,    1901 S Meyers Road,    Suite 500,    Oakbrook Terrace IL 60181-5209
16757114       +Wolf Capital, LLC,    c/o Wolf Capital, LLC,    1901 S. Meyers,    Ste. 500,
                 Oak Brook Terrace, IL 60181-5209
16665795       +Wolverine Steel, Inc.,    Attn: Gregory Meyers,    7555 Airport Hwy, Suite B,
                 Holland, OH 43528-7867
16752977       +X LINX Inc,    c/o James S SImko Cadwell Sandord Deiber,    & Garry,
                 200 East 10th Street Suite 200,    POB 2498,    Sioux Falls, SD 57101-2498
16665796       +X-LINX Inc.,    P.O. Box 293,    Sioux Falls, SD 57101-0293
16753000       +X-Trux Inc,    c/o James S SImko Cadwell Sandord Deiber,    & Garry,
                 200 East 10th Street Suite 200,    POB 2498,    Sioux Falls, SD 57101-2498
16665797       +X-Trux, Inc.,    P.O. Box 293,    Sioux Falls, SD 57101-0293

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17016358       +E-mail/Text: g17768@att.com Feb 04 2015 02:19:13      % AT&T Services Inc.,
                 Attorney: James Grudus, Esq.,    One AT&T Way, Room 3A218,    Bedminster, NJ 07921-2693
16665655        E-mail/Text: g17768@att.com Feb 04 2015 02:19:14      AT&T,   P.O. Box 5019,
                 Carol Stream, IL 60197-5019
16665656        E-mail/Text: g17768@att.com Feb 04 2015 02:19:14      AT&T,   P.O. Box 8100,
                 Aurora, IL 60507-8100
16665657        E-mail/Text: g17768@att.com Feb 04 2015 02:19:13      AT&T,   P.O. Box 105503,
                 Atlanta, GA 30348-5503
16665658        E-mail/Text: g17768@att.com Feb 04 2015 02:19:13      AT&T (SBC),    PO Box 8100,
                 Aurora, IL 60507-8100
16941664       +E-mail/Text: g17768@att.com Feb 04 2015 02:19:13      AT&T Services Inc.,    James Grudus, Esq,
                 One AT&T Way, Room 3A218,    Bedminster, NJ 07921-2693
16665669        E-mail/Text: alrish@coloniallife.com Feb 04 2015 02:19:09       Colonial Life,    PO Box 1365,
                 Columbia, SC 29202-1365
16665684       +E-mail/Text: ar@echo.com Feb 04 2015 02:19:20      Echo Global Logistics,    22168 Network Place,
                 Chicago, IL 60673-1221
16728607       +E-mail/Text: ar@echo.com Feb 04 2015 02:19:20      Echo Global Logistics,
                 600 W. Chicago Ste 725,    Chicago, IL 60654-2522
16665702       +E-mail/Text: allenea@mycpa.com Feb 04 2015 02:19:10       Hawkins Cloward & Simister,
                 PO Box 971810,    Orem, UT 84097-1810
16665703       +E-mail/Text: brian.fawcett@heidtman.com Feb 04 2015 02:21:23       Heidtman Steel Products,
                 2401 Front Street,    Toledo, OH 43605-1199
16665704        E-mail/Text: bankruptcy@water.com Feb 04 2015 02:19:54       Hinckley Springs,    P.O. Box 660579,
                 Dallas, TX 75266-0579
18533047        E-mail/Text: cio.bncmail@irs.gov Feb 04 2015 02:19:29       Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
16665713       +E-mail/Text: tfiorina@jarotrans.com Feb 04 2015 02:19:53       Jaro Transport,
                 975 Post Road N.W.,    Warren, OH 44483-2083
17008932        E-mail/Text: BANKRUPTCY.OAC.TAXCOM@DOR.MS.GOV Feb 04 2015 02:20:00
                 Mississippi Department of Revenue,    Bankruptcy Section-,    POB 22808,
                 Jackson, MS 39225-2808
16665750       +E-mail/Text: dlahti@oaksteel.com Feb 04 2015 02:19:20       Oak Steel Supply,
                 6601 W. 99th Place,    Chicago Ridge, IL 60415-1251
21970205        E-mail/Text: litinquiry@jfs.ohio.gov Feb 04 2015 02:20:41       
                 Ohio Department of Job and Family Services,    PO Box 182404,    Columbus OH 43218-2404
16665760        E-mail/Text: bob_bachuzewski@precoat.com Feb 04 2015 02:19:55       Precoat Metals Division,
                 PO Box 90392,    Chicago, IL 60696-0392
16665776        E-mail/Text: appebnmailbox@sprint.com Feb 04 2015 02:19:57       Sprint,   PO Box 4181,
                 Carol Stream, IL 60197
16665784       +E-mail/Text: stevel@tomsonsteel.com Feb 04 2015 02:19:12       Tomson Steel Co.,
                 1400 M.A.D.E. Industrial Drive,    P.O. Box 940,    Middletown, OH 45044-0940
16665785        E-mail/Text: ajansen@tql.com Feb 04 2015 02:20:49       Total Quality Logistics,
                 P.O. Box 634558,    Cincinnati, OH 45263-4558
                                                                                               TOTAL: 21
```

```
District/off: 0752-1                  User: acox                    Page 4 of 5                    Date Rcvd: Feb 03, 2015
                                      Form ID: pdf006               Total Noticed: 181

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              The Law FIrm of Belongia, Shapiro & Franklin LLP
20662072*        American Express Bank, FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16665679*       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court: Direct TV,    PO Box 60036,    Los Angeles, CA  90060-0036)
16895205*        Dedicated Logistical Services,    POB 1750,    Collierville, TN 38027-1750
16665767*       +Robert R. Benjamin,    Golan & Christie LLP,    70 West Madison St-Suite 1500,
                 Chicago, IL 60602-4265
16665730        ##+Main Steel Polishing,    571 S. Wheeling Road,    Wheeling, IL 60090-4743
16665734        ##Matandy Steel & Metal Prod.,    P.O. Box 1206,    Hamilton, OH  45012-1206
16665770        ##+Roll Coater,   8440 Woodfield Crossing,    Bldg. 2 Suite 500,    Indianapolis, IN 46240-2488
16665778        ##Steel Technologies,    P.O. Box 43339,    Louisville, KY  40253-0339
                                                                                              TOTALS: 1, * 4, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2015 at the address(es) listed below:
              Bruce E de'Medici    on behalf of Trustee Horace  Fox, JR bdemedici@gmail.com
              Bruce E de'Medici    on behalf of Attorney John  Benson bdemedici@gmail.com
              Bruce E de'Medici    on behalf of Plaintiff Horace  Fox, Jr. bdemedici@gmail.com
              Bruce E de'Medici    on behalf of Plaintiff Horace  Fox, Jr bdemedici@gmail.com
              Bruce E de'Medici    on behalf of Attorney Bruce  de'Medici bdemedici@gmail.com
              David L Kane    on behalf of Creditor Matthew J. Keller dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              David L Kane    on behalf of Creditor James T. Wirth dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              Deborah L. Thorne    on behalf of Defendant   Nucor Corporation dthorne@btlaw.com,
               jbennett@btlaw.com
              Frank J Kokoszka    on behalf of Debtor   Kelco Metals, Inc. fkokoszka@k-jlaw.com,
               admin@k-jlaw.com
              Horace  Fox, JR    on behalf of Plaintiff Horace  Fox, Jr foxhorace@aol.com,  mmedina@lehmanfox.com
              Horace  Fox, JR    on behalf of Accountant   Popowcer Katten, Ltd. foxhorace@aol.com,
               hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
              Horace  Fox, JR    on behalf of Attorney Bruce  de'Medici foxhorace@aol.com,
               hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
              Horace  Fox, JR     foxhorace@aol.com,
               hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
              John A Benson, Jr.    on behalf of Trustee Horace  Fox, JR jbenson@belongialaw.com,
               dwolski@muchshelist.com;sholstrom@muchshelist.com
              Karen R Goodman, ESQ    on behalf of Defendant   Grand Steel Products, Inc. kgoodman@taftlaw.com,
               nbeagan@taftlaw.com
              Kathleen W Kolodgy    on behalf of Defendant   Fulton County Processing kkolodgy@mmklaw.net
              Leonora K Baughman    on behalf of Defendant   Heidtman Steel Products Inc lbaughman@kaalaw.com
              P. Scott Ritchie    on behalf of Creditor   Paragon Steel Enterprises, LLC pritchie@clausen.com,
               kuram@clausen.com
              P. Scott Ritchie    on behalf of Defendant   Paragon Steel Enterprises, LLC pritchie@clausen.com,
               kuram@clausen.com
```

```
District/off: 0752-1           User: acox                  Page 5 of 5                   Date Rcvd: Feb 03, 2015
                               Form ID: pdf006             Total Noticed: 181
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Patrick F Ross   on behalf of Defendant   North Star Bluescope Steel, LLC patrick@robertjross.com,
         kburde@uhlaw.com;rjanczak@uhlaw.com;sbmiller@uhlaw.com;jtruskusky@uhlaw.com;pfross@uhlaw.com
        Patrick F Ross   on behalf of Creditor   North Star Bluescope Steel, LLC patrick@robertjross.com,
         kburde@uhlaw.com;rjanczak@uhlaw.com;sbmiller@uhlaw.com;jtruskusky@uhlaw.com;pfross@uhlaw.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Renisa Dorner   on behalf of Defendant   Fulton County Processing dorner@cklpa.com
        Robert R Benjamin   on behalf of Petitioning Creditor   Expert Metal Services, Inc
         rrbenjamin@golanchristie.com,
         lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchristie.com;kkussmann@golanchristie.com
        Robert R Benjamin   on behalf of Petitioning Creditor   Impact Steel, Inc.
         rrbenjamin@golanchristie.com,
         lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchristie.com;kkussmann@golanchristie.com
        Robert R Benjamin   on behalf of Petitioning Creditor   Wolverine Steel, Inc.
         rrbenjamin@golanchristie.com,
         lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchristie.com;kkussmann@golanchristie.com
        Robert R Benjamin   on behalf of Petitioning Creditor   BCC Steel, Inc
         rrbenjamin@golanchristie.com,
         lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchristie.com;kkussmann@golanchristie.com
        Robert R Benjamin   on behalf of Petitioning Creditor   Global Steel Corportation
         rrbenjamin@golanchristie.com,
         lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchristie.com;kkussmann@golanchristie.com
        Robert R Benjamin   on behalf of Petitioning Creditor   Allied Steel Industries, LP
         rrbenjamin@golanchristie.com,
         lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchristie.com;kkussmann@golanchristie.com
        Robert R Benjamin   on behalf of Petitioning Creditor   Delaware Steel Co. of Pennsylvania
         rrbenjamin@golanchristie.com,
         lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchristie.com;kkussmann@golanchristie.com
        Robert R Benjamin   on behalf of Petitioning Creditor   Target Steel Inc
         rrbenjamin@golanchristie.com,
         lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchristie.com;kkussmann@golanchristie.com
        Timothy S. McFadden   on behalf of Defendant   Nucor Corporation tmcfadden@btlaw.com

                                                                                                                                                  TOTAL: 32