UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | No. 10-51428 |
| | ) | |
| Kelco Metals, Inc. | ) | Hon. Timothy A. Barnes |
| Debtor. | ) | Chapter 7 |
| | | Hearing Date: 4/22/2015 |
| | | at 10:00 a.m. |

**NOTICE OF MOTION**

   PLEASE TAKE NOTICE Horace Fox, Jr., as chapter 7 trustee for the estate of Kelco Metals, Inc., has filed the ROUTINE MOTION OF HORACE FOX, JR., AS TRUSTEE, PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO EXTEND TIME TO RESPOND TO MOTION TO ALLOW CLAIM AND AMEND TRUSTEE'S AMENDED FINAL REPORT with the United States Bankruptcy Court.  A copy is attached to this Notice of Motion.  **The proposed order appended to the motion following this Notice of Motion may be entered by the judge without presentment in open court unless a party in interest notifies the judge of an objection to the motion.**  Routine motions may be called by the courtroom deputy at the beginning of the motion call.  If no party in interest requests a hearing, the court may enter an order granting relief in a form substantially similar to the proposed order without presentation of the routine motion in open court and without a hearing.  If a hearing is requested, the routine motion shall not be granted routinely, but shall be heard in open court at the date and time noticed.  A **hearing** on the motion has been scheduled for **April 22, 2015**, at **10:00 a.m.** in **Courtroom 613**, **United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604**.


                                                         /s/ Bruce de'Medici



Bruce de'Medici       (ARDC #6184818)
17W703 Butterfield Road,  #G
Oakbrook Terrace, Illinois 60181
Tel: 312.731.6778
Email: bdemedici@bdmlawgroup.com

## CERTIFICATE OF SERVICE

I, Bruce de'Medici, an attorney who is licensed to practice law in the State of Illinois, certify that on the 19th day of April, 2015, I served a copy of the foregoing NOTICE OF MOTION and ROUTINE MOTION OF HORACE FOX, JR., AS TRUSTEE, PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO EXTEND TIME TO RESPOND TO MOTION TO ALLOW CLAIM AND AMEND TRUSTEE'S AMENDED FINAL REPORT upon Registrants in this proceeding through this Court's Electronic Notice for Registrants, as appears below.

/s/ Bruce de'Medici

**Registrants Served through the Court's Electronic Notice for Registrants**

| | |
|---|---|
| Horace Fox, Jr.<br>Lehman & Fox<br>foxhorace@aol.com | Office of the United States Trustee<br>USTPRegion11.ES.ECF@usdoj.gov |
| Robert R. Benjamin<br>Golan & Christie, LLP<br>rrbenjamin@golanchristie.com | David L. Kane<br>Meltzer Purtill & Stelle<br>dkane@mpslaw.com |
| Frank J. Kokoszka<br>Kokoszka & Janczur, P.C.<br>fkokoszka@k-jlaw.com | P. Scott Ritchie<br>Clausen Miller P.C.<br>pritchie@clausen.com |
| Patrick F. Ross<br>Law Offices of Robert J. Ross<br>patrick@robertjross.com | John Mahoney<br>John Francis Mahoney Law, Ltd.<br>jmahoney@jfmlawoffice.com |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | No. 10-51428 |
| | ) | |
| Kelco Metals, Inc. | ) | Hon. Timothy A. Barnes |
|             Debtor. | ) | Chapter 7 |
| | | Hearing Date: 4/22/2015 |
| | |                   at 10:00 a.m. |

**ROUTINE MOTION OF HORACE FOX, JR., AS TRUSTEE,
PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO
EXTEND TIME TO RESPOND TO MOTION TO ALLOW
CLAIM AND AMEND TRUSTEE'S AMENDED FINAL REPORT**

Horace Fox, not individually but as trustee for Kelco Metals, Inc., submits his motion for an order pursuant to Fed. R. Bankr. P. 9006(b)(1) to extend the time to file his response to the amended motion of BCC Steel, Inc. for the allowance of its claim and partial amendment of the final report, and states in support as follows:

**Jurisdiction and Venue**

      1.      Pursuant to 28 U.S.C. §1334, the district courts possess original jurisdiction over this case.  The District Court for the Northern District of Illinois properly referred this matter to this Court pursuant to 28 U.S.C. §157(a) in accordance with Operating Procedure 15 of the Internal Operating Procedures of the District Court for the Northern District of Illinois, effective September 1, 1999.  The subject of this pleading is a core proceeding within the meaning of 28 U.S.C. §157(A) and (B) and this Court may hear and determine it.  Pursuant to 28 U.S.C. §§1408 and 1409, venue for this case is proper in the Northern District of Illinois, Eastern Division.

**Background**

2.  Global Steel Corporation, Delaware Steel Co. of Pennsylvania, Allied Steel Industries, Expert Metal Services, Inc., Impact Steel, Inc., Target Steel, Inc., BCC Steel, Inc., and Wolverine Steel, Inc. commenced this case on November 17, 2010, by filing a petition for involuntary relief against Kelco Metals, Inc. (the "Debtor") pursuant to section 303 of the Bankruptcy Code, 11 U.S.C. §101, *et seq.* On December 14, 2010, this Court entered an order for involuntary relief against the Debtor. The Office of the United States Trustee appointed Horace Fox, Jr. to administer the assets of the estate as the trustee.

3.  The Trustee filed his Amended Final Report on February 20, 2015 (Dkt. #158). BCC Steel filed its Motion to Allow Claim on March 5, 2015. (Dkt. #361). At BCC Steel's presentation of its motion on March 10, 2015, this Court entered its Minute Order (Dkt #163) in which, in pertinent part, it ordered BCC Steel to file an amended motion by March 31, 2015, and the Trustee to respond by April 21, 2015. BCC Steel filed its Amended Motion to Allow Claim and Amend Trustee's Amended Final Report in Part on March 30, 2015 (Dkt. #164).

**Request for extension of time to file response**

4.  The Trustee has filed this motion to obtain an order extending the time within which he may file his response to BCC Steel's amended motion (and correspondingly extending the time for BCC Steel to reply). Over the past three weeks, counsel has devoted extensive time to representing the Trustee in the case of *In re Cosme Cruz*, case number 12-28551, for the recovery of assets that the Trustee is seeking to sell at auction. The tasks in question have included motions for contempt and to enforce judgments au-

2

thorizing the sale of assets pursuant to 11 U.S.C. §363(h), several court appearances, and two round trips to Grosse Pointe Shores. These tasks have been unexpected and time-consuming, and have prevented counsel from devoting the time that he needs to respond to BCC Steel's amended motion. Counsel anticipates having to devote time to pursuing recovery of assets this week as well.

*The Request is Timely*

5.  Pursuant to Fed. R. Bankr. P. 9006(b)(1), this Court may extend the time for Mr. Fox to file his response to BCC Steel's amended motion. Pursuant to II.A.2 of the Administrative Procedures for the Case Management/Electronic Case Filing System for the Bankruptcy Court for the Northern District of Illinois, and within the meaning of Fed. R. Bankr. P. 9006(b)(1), Mr. Fox has filed this request prior to the expiration of the time to file his response BCC Steel's amended motion, *viz.*, on April 19, 2015, and thus within the time for this Court to grant the extension pursuant to Fed. R. Bankr. P. 9006(b)(1).

*The Request is Proper*

6.  The conditions for enlargement or extensions of time set forth in Fed. R. Bankr. P. 9006(b)(2) do not apply to this request; Mr. Fox is seeking this enlargement in a manner provided for under 4003(b)(1) and thus complying with Fed. R. Bankr. P. 9006(b)(3). Also, requests for extensions of time made before the applicable deadline has passed should "normally ... be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." 4B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure §1165 (3d ed. 2004). Mr. Fox has filed this motion in good faith and BCC Steel will not be prejudiced, as the Trustee is also seeking

3

an order extending the time for BCC Steel to reply, specifically, the Trustee is seeking an extension through April 28, 2015, to respond and through May 8, 2015, for BCC Steel to reply.  In its Minute Order, this Court continued the hearing on this matter to May 12, 2015.  Counsel acknowledges that this shortens the time within which this Court may read these pleadings before May 12; as this Court continued the hearing until May 12, counsel believes that this Court can advise the parties at that time on whether it requires additional time to review the pleadings and consider the issues raised therein.

**Request for Relief**

7. Based upon the foregoing, Mr. Fox requests that this Court enter an order pursuant to Fed. R. Bankr. P. 9006(b)(1) extending the time through April 28, 2015, for him to respond to BCC Steel's amended motion and allowing BCC Steel through May 8, 2015, to reply.

WHEREFORE, Horace Fox, Jr., as trustee for Kelco Metals, Inc., prays that pursuant to Fed. R. Bankr. P. 9006(b)(1) this Honorable Court enter an order extending the time through April 28, 2015, for him to respond to BCC Steel's amended motion and allowing BCC Steel through May 8, 2015, to reply, and grant such further relief as is just.

Respectfully Submitted,
Horace Fox, Jr., as trustee for
Kelco Metals, Inc.

By:     /s/ Bruce de'Medici
           One of his attorneys

Bruce de'Medici       (ARDC #6184818)
17W703 Butterfield Road,  #G
Oakbrook Terrace, Illinois 60181
Tel: 312.731.6778
Email: bdemedici@bdmlawgroup.com